1908.) Action by George Balfe against the Frank Brewery.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

BALFE, Respondent, v. FRANK BREW-ERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Ethel Balfe, an infant, by George Balfe, her guardian ad litem, against the Frank Brewery.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

BANK OF LONG ISLAND, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Bank of Long Island against John Alvin Young. No opinion. Judgment affirmed, with costs.

BANNISTER, Appellant, v. MICHIGAN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Catherine Bannister against the Michigan Mutual Life Insurance Company.

PER CURIAM. Judgment affirmed, with costs. See 105 N. Y. Supp. 1106.

SPRING, J., dissents.

BARNES et al., Respondents, v. LONG IS-LAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1908.) Action by William S. Barnes and others against the Long Island Railroad Company. No opinion. Motion granted. Settle order before Mr. Justice GAYNOR.

BECK, Respondent, v. BECK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary E. Beck against Carrie Beck and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

BECKER, Respondent, v. MacGREGOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Henry Becker against Clara Mac-Gregor. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements.

BEHRENS v. STURGES. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Margaretha Behrens against Sarah S. S. Sturges. No opinion. Motion denied, with $10 costs. Order filed.

BELFER et al., Respondents, v. McELROY, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Charles J. Belfer and another against Samuel A. McElroy. No opinion. Judgment of the Municipal Court affirmed, with costs.

107 N.Y.S.—71

BENSINGER et al., Appellants, v. EHR-HARDT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Eleanor Bensinger and another against Joel B. Ehrhardt and another. S. Untermyer, for appellants. J. L. Cadwalader, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BENTON, Respondent, v. BENTON, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Aletta T. Benton against Frederick L. Benton. J. H. Corwin, for appellant. J. H. Hazelton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERGMANN, Respondent, v. LEAVITT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by George A. Bergmann against Frances L. B. Leavitt, individually, etc. C. F. Brown, for appellants. J. M. Harrington, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent, on dissenting opinion in Bergmann v. Leavitt, 113 App. Div. 899, 99 N. Y. Supp. 748.

BIRNBAUM, Appellant, v. SILBERMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Isaac Birnbaum against Samuel J. Silberman. C. S. Rosenthal, for appellant. E. P. Mowton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BJERS, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Gus Bjers against the Rochester Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the appellant within 20 days stipulates to reduce the verdict to the sum of $50 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for affirmance.

BLASS, Respondent, v. SLOCUM, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Grant Blass against Joseph J. Slocum, as receiver of the Poughkeepsie & Eastern Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BOCKHOLT, Respondent, v. LEVINSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Henry A. Bockholt against Solomon Levinson. No opinion. Judgment of the Municipal Court affirmed, with costs.